[No. 6428-6-II. Division Two. November 10, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ENOS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 6150, Harry A. Follman, J., entered June 2, 1982. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 11203-1-I. Division One. November 14, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JEFFERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80-1-01179-7, David C. Hunter, J., entered November 25, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen, C.J., and Swanson, J.

[No. 12475-7-I. Division One. November 14, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. EDMUND J. LITZINGER, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 82-1-00083-2, Walter J. Deierlein, Jr., J., entered October 15, 1982. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Durham, A.C.J., and Callow, J.